UNITED STATES *versus* DANIEL WHITNEY, EBENEZER CHILDS, AND PLINY SABIN.

JOURNAL ENTRIES: (1) Dec. 7, 1829: information filed, motion for process of capias ad respondendum; (2) Dec. 17, 1829: motion for leave to withdraw information granted.

PAPERS IN FILE (1829): (1) Information; (2) opinion of Judge Woodbridge.

*File No.* 39 of 1829.

UNITED STATES *versus* NINE BLANKETS (FIVE THREE POINT, THREE TWO AND ONE-HALF POINT, AND ONE TWO POINT), FOUR AND ONE-HALF YARDS GRAY CLOTH IN NINE PIECES, SEVENTEEN YARDS BLACK CLOTH IN EIGHTEEN PIECES, THREE-FOURTHS YARD BLUE CLOTH IN THREE PIECES, SEVEN AND THREE-FOURTHS YARDS RED CLOTH IN FIVE PIECES (NATHANIEL PROUTY, OWNER).

JOURNAL ENTRIES: (1) Dec. 9, 1829: libel filed, time fixed for trial, notice ordered published; (2) May 4, 1830: publication proved, proclamation made; (3) Feb. 21, 1831: discontinued; (4) Dec. 19, 1831: reasonable cause for seizure certified.

PAPERS IN FILE (1829-30): (1) Libel; (2) published notice, proof of publication.

*File No.* 40 of 1829.

IN THE MATTER OF JAMES WOODWARD, AN ABSENT WITNESS.

JOURNAL ENTRIES: (1) Dec. 9, 1829: motion for attachment granted; (2) Dec. 10, 1829: reasons shown, respondent discharged.

PAPERS IN FILE: [None]

*File No.* . . . . .